In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 26-10210

---

ISLAND SHOALS HENRY 430, LLC, ZHEN WANG,
A PARTNER OTHER THAN THE TAX MATTERS PARTNER,

*Petitioner-Appellant,*

*versus*

COMMISSIONER OF INTERNAL REVENUE,

*Respondent-Appellee.*

---

Petition for Review of a Decision of the
U.S.Tax Court
Agency No. 30074-21

---

No. 26-10211

---

ISLAND SHOALS HENRY 430, LLC, ISLAND SHOALS INVESTMENTS, LLC, A PARTNER OTHER THAN THE TAX MATTERS PARTNER,

*Petitioner-Appellant,*

*versus*

COMMISSIONER OF INTERNAL REVENUE,

*Respondent-Appellee.*

---

Petition for Review of a Decision of the
U.S.Tax Court
Agency No. 31759-21

---

No. 26-10218

---

ISLAND SHOALS HENRY 430, LLC, SOUTHERN
CONSULTING
SERVICES, LLC, A PARTNER OTHER THAN THE
TAX MATTERS PARTNER,

*Petitioner-Appellant,*

*versus*

COMMISSIONER OF INTERNAL REVENUE,

*Respondent-Appellee.*

---

Petition for Review of a Decision of the
U.S.Tax Court
Agency No. 32936-21

---

ORDER:

The motion for an extension of time to and including August 4, 2026 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Embry J. Kidd
UNITED STATES CIRCUIT JUDGE